FILED
2017 May-22  PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
3/8/2017 4:09 PM
68-CV-2017-900192.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>68<br><br>Date of Filing:   Judge Code:<br>03/08/2017 |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### LAWAUNYA WHITE v. FAMILY DOLLAR STORES, INC. C/O

**First Plaintiff:** ☐ Business ☑ Individual  **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other      ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
      Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
      Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM   O ☐ OTHER
                       DISTRICT COURT

         R ☐ REMANDED   T ☐ TRANSFERRED FROM
                       OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a
                                     jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
ROY006          3/8/2017 4:09:34 PM          /s/ DOUGLAS MCLEAN ROY JR
                Date                         Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
9/8/2017 4:09 PM
68-CV-2017-900192.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BESSEMER DIVISION

LAWAUNYA WHITE,         )
                            )
      Plaintiffs,         )
                            )
                            )
v.                          )     CASE NO.: _____
                            )
FAMILY DOLLAR STORES, INC.,  )
a foreign corporation,        )
                            )
      Defendant.       )

### PLAINTIFF'S COMPLAINT

**COMES NOW**, Lawaunya White, the plaintiff, complaining of the defendants, and files this Complaint, by and through her counsel. The Plaintiff avers as follows:

### JURISDICTIONAL BACKGROUND

1. Plaintiff Lawaunya White is a resident of Jefferson County, Alabama, and is over nineteen years of age.

2. Defendant Family Dollar Stores, Inc. is a Virginia corporation conducting business in Jefferson County, Alabama.

### FACTS

3. Plaintiff reaffirms and realleges each paragraph above as if more fully set forth herein.

4. On or about the 1st day of August 2016, the Plaintiff was shopping at Defendant Family Dollar Stores, Inc. business premises located at 313 36th Street, Fairfield, Alabama 35064. Said business is located in Jefferson County, Alabama.

5. The Plaintiff slipped and fell on cleaner and/or detergent that was left on the floor of said business premises.

6. The Plaintiff suffered serious bodily injuries as a result of the fall.

## NEGLIGENCE/WANTONNESS

7.  Plaintiff reaffirms and realleges each paragraph above as if more fully set forth herein.

8.  Defendant Family Dollar Stores, Inc. negligently and/or wantonly caused or allowed the cleaner and/or detergent to remain on the floor of its business premises, creating a dangerous condition.

9.  Defendant Family Dollar Stores, Inc. negligent and/or wantonly failed to warn the Plaintiff of the dangerous condition.

10. Defendant Family Dollar Stores, Inc. knew or reasonably should have known of the existence of said dangerous condition.

11. As a result of Defendant Family Dollar Stores, Inc.'s negligence and/or wantonness the Plaintiff was caused to suffer damages, including, but not limited to, great pain and suffering, medical expenses, and physical injury.

12. The Plaintiff is entitled to punitive damages pursuant to *Code of Alabama* § 6-11-20.

**WHEREFORE**, Plaintiff demands judgment against the Defendant in an amount to be determined by the court.

Respectfully Submitted,

**/s/ Doug Roy**
Doug Roy (ROY006)
Attorney for Plaintiff
Lawaunya White

**THE ROY LAW FIRM, LLC**
2107 5th Ave N
Suite 201
Birmingham, Alabama 35203
Phone: (205) 266-5963
Email: doug@dougroylaw.com

## JURY DEMAND

Plaintiff hereby demands a trial by struck jury.

Plaintiffs' Address:

Lawaunya White
c/o Doug Roy
The Roy Law Firm, LLC
2107 5th Ave N
Suite 201
Birmingham, Alabama 35203

## **PLEASE SERVE DEFENDANT:**

Prentice Hall Corporation Systems
C/O Family Dollar Stores, Inc.
57 Adams Steet
Montgomery, AL 36104



AlaFile E-Notice

68-CV-2017-900192.00

To:   DOUGLAS MCLEAN ROY JR
       dougroyjr@yahoo.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O
68-CV-2017-900192.00

The following complaint was FILED on 3/8/2017 4:09:53 PM

Notice Date:     3/8/2017 4:09:53 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510
karen.dunnburks@alacourt.gov



AlaFile E-Notice

68-CV-2017-900192.00

To:   FAMILY DOLLAR STORES, INC. C/O
      PRENTICE HALL CORP SYS
      57 ADAMS STREET
      MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O
68-CV-2017-900192.00

The following complaint was FILED on 3/8/2017 4:09:53 PM

Notice Date:      3/8/2017 4:09:53 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510
karen.dunnburks@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>**68-CV-2017-900192.00** |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY
### LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O

FAMILY DOLLAR STORES, INC. C/O, PRENTICE HALL CORP SYS 57 ADAMS STREET, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY DOUGLAS MCLEAN ROY JR

WHOSE ADDRESS IS 2027  SECOND AVENUE N  # 2B, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   LAWAUNYA WHITE
   pursuant to the Alabama Rules of the Civil Procedure

Date   3/8/2017 4:09:53 PM   /s/ KAREN DUNN BURKS

Clerk/Register

1851 2ND AVENUE NORTH

SUITE 130
BESSEMER, AL 35020

☑ Certified Mail is hereby requested   /s/ DOUGLAS MCLEAN ROY JR

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____  _____  _____
Date                              Server's Signature                 Address of Server

_____  _____  _____
Type of Server                    Server's Printed Name              Phone Number of Server

ELECTRONICALLY FILED
4/25/2017 11:22 AM
68-CV-2017-900192.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Nur<br><br>68-CV-2 |
|---|---|---|

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O

NOTICE TO    FAMILY DOLLAR STORES, INC. C/O, PRENTICE HALL CORP SYS 57 ADAMS STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY DOUGLAS MCLEAN ROY JR

WHOSE ADDRESS IS 2027  SECOND AVENUE N  # 2B, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    LAWAUNYA WHITE
pursuant to the Alabama Rules of the Civil Procedure

Date   3/8/2017 4:09:53 PM     /s/ KAREN DUNN BURKS

Clerk/Register

1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL 35020

| ☑ Certified Mail is hereby requested | /s/ DOUGLAS MCLEAN ROY JR |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                 (Date)

_____      _____      _____
Date                           Server's Signature                     Address of Server

_____      _____      _____
Type of Server                  Server's Printed Name

                                                    _____
                                                    Phone Number of Server

ELECTRONICALLY FILED
3/8/2017 4:09 PM
68-CV-2017-900192.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BESSEMER DIVISION

|  |  |  |
|---|---|---|
| LAWAUNYA WHITE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: _____ |
| | ) | |
| FAMILY DOLLAR STORES, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S COMPLAINT

**COMES NOW**, Lawaunya White, the plaintiff, complaining of the defendants, and files this Complaint, by and through her counsel. The Plaintiff avers as follows:

### JURISDICTIONAL BACKGROUND

1. Plaintiff Lawaunya White is a resident of Jefferson County, Alabama, and is over nineteen years of age.

2. Defendant Family Dollar Stores, Inc. is a Virginia corporation conducting business in Jefferson County, Alabama.

### FACTS

3. Plaintiff reaffirms and realleges each paragraph above as if more fully set forth herein.

4. On or about the 1st day of August 2016, the Plaintiff was shopping at Defendant Family Dollar Stores, Inc. business premises located at 313 36th Street, Fairfield, Alabama 35064. Said business is located in Jefferson County, Alabama.

5. The Plaintiff slipped and fell on cleaner and/or detergent that was left on the floor of said business premises.

6. The Plaintiff suffered serious bodily injuries as a result of the fall.

## NEGLIGENCE/WANTONNESS

7. Plaintiff reaffirms and realleges each paragraph above as if more fully set forth herein.

8. Defendant Family Dollar Stores, Inc. negligently and/or wantonly caused or allowed the cleaner and/or detergent to remain on the floor of its business premises, creating a dangerous condition.

9. Defendant Family Dollar Stores, Inc. negligent and/or wantonly failed to warn the Plaintiff of the dangerous condition.

10. Defendant Family Dollar Stores, Inc. knew or reasonably should have known of the existence of said dangerous condition.

11. As a result of Defendant Family Dollar Stores, Inc.'s negligence and/or wantonness the Plaintiff was caused to suffer damages, including, but not limited to, great pain and suffering, medical expenses, and physical injury.

12. The Plaintiff is entitled to punitive damages pursuant to *Code of Alabama* § 6-11-20.

**WHEREFORE**, Plaintiff demands judgment against the Defendant in an amount to be determined by the court.


Respectfully Submitted,


/s/ **Doug Roy**
Doug Roy (ROY006)
Attorney for Plaintiff
Lawaunya White

**THE ROY LAW FIRM, LLC**
2107 5th Ave N
Suite 201
Birmingham, Alabama 35203
Phone: (205) 266-5963
Email: doug@dougroylaw.com

2

## JURY DEMAND

Plaintiff hereby demands a trial by struck jury.

<u>Plaintiffs' Address:</u>

Lawaunya White
c/o Doug Roy
The Roy Law Firm, LLC
2107 5th Ave N
Suite 201
Birmingham, Alabama 35203

## **PLEASE SERVE DEFENDANT:**

Prentice Hall Corporation Systems
C/O Family Dollar Stores, Inc.
57 Adams Steet
Montgomery, AL 36104

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>68-CV-2017-900192.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O

**NOTICE TO:** FAMILY DOLLAR STORES, INC. C/O, CT CORPORATION SYSTEM 2 N JACKSON STREET # 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DOUGLAS MCLEAN ROY JR                                                                ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2027  SECOND AVENUE N  # 2B, BIRMINGHAM, AL 35203                    .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WHITE LAWAUNYA

pursuant to the Alabama Rules of the Civil Procedure.                                              *[Name(s)]*

| 4/23/2017 11:21:18 AM | /s/ KAREN DUNN BURKS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ DOUGLAS MCLEAN ROY JR

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                              .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          *(Address of Server)*

*(Type of Process Server)*          *(Server's Signature)*

_____

*(Server's Printed Name)*          *(Phone Number of Server)*



AlaFile E-Notice

68-CV-2017-900192.00

To:   DOUGLAS MCLEAN ROY JR
      dougroyjr@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O
68-CV-2017-900192.00

The following alias summons was FILED on 4/23/2017 11:21:18 AM

Notice Date:      4/23/2017 11:21:18 AM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510
karen.dunnburks@alacourt.gov



AlaFile E-Notice

68-CV-2017-900192.00

To:  FAMILY DOLLAR STORES, INC. C/O
     CT CORPORATION SYSTEM
     2 N JACKSON STREET # 605
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O
68-CV-2017-900192.00

The following alias summons was FILED on 4/23/2017 11:21:18 AM

Notice Date:     4/23/2017 11:21:18 AM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510
karen.dunnburks@alacourt.gov

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation Systems
c/o Family Dollar Stores
2 North Jackson Street
# 605
Montgomery, Al. 36104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Laura Payne_     ☐ Agent
                    ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)     ☐ Yes

2. Article Number
   (Transfer from service label)

   7002 2030 0004 5358 3732

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

MONTGOMERY
AL 360

27 APR '17

PM 2 L

FILED IN OFFICE

MAY 01 2017

CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

en Dunn Burks, Circuit Clerk
1 2nd. Avenue North
ite 130
Bessemer, Al 35020

68-CV-2017-900192



AlaFile E-Notice

68-CV-2017-900192.00

Judge: ANNETTA H. VERIN

To:   ROY DOUGLAS MCLEAN JR.
      dougroyjr@yahoo.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

LAWAUNYA WHITE V. FAMILY DOLLAR STORES, INC. C/O
68-CV-2017-900192.00

The following matter was served on 4/26/2017

**D001 FAMILY DOLLAR STORES, INC. C/O**
**Corresponding To**
CERTIFIED MAIL

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510
karen.dunnburks@alacourt.gov